Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

William O'Brien #71915-066 )
FCI - HAZELTON )
P.O. Box 5000 )
BRUCETON MILLS, WV 26525, )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )
)
)
          Petitioner, )
   vs. )
Ms. RAY, WARDEN )
FCI - HAZELTON )
BRUCETON MILLS, WV, )
(Name of Warden or other authorized person )
where you are incarcerated) )
)
          Respondent. )
_____ )

**FILED**

MAY 08 2023

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241**

Civil Action No. 3:23-CV-121
(to be assigned by Clerk)

Groh, Trumble, Sims

**Important notes to read before completing this form:**

★    Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

---

1.    This petition concerns (check the appropriate box):

        ☐    a conviction
        ☐    a sentence
        ☐    jail or prison conditions
        ☐    prison disciplinary proceedings
        ☐    a parole problem
        ☒    other, state briefly: EIGHTH AMENDMENT VIOLATION; DELIBERATE INDIFFERENCE.

Attachment A

C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
E. There is an unlawful detainer lodged against me.
F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one:

SEE ATTACHMENT "A"

This is an Eighth Amendment Claim seeking redress

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).

See attached

B. Ground two:

**Attachment A**

Supporting facts: ~~_____~~

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:

    No

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

    A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

    ☐ Yes   ☒ No

    1. If your answer to "A" above was yes, what was the result: ~~_____~~

Attachment A

2. If your answer to "A" above was no, explain:
_This is a "Health" and well being issue that cannot be resolved in Administrative Remedies._
_(WASTE OF TIME)_

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☐ Yes   ☒ No

1. If your answer to "B" above was yes, what was the result:
_____

2. If your answer to "B" above was no, explain:
_As above, Health issues - per the Supreme Court Do not need to go through Administrative Remedies - See Attached "A"_

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1. Make **no** legal arguments.
2. Cite **no** cases or statutes.

_(1) Assign an Atty_
_(2) See Attached - Status_
_(3) Class Action_

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

N/A

Signed this __3rd__ day of __MAY__, __2023__
         (day)              (month)           (year)

pages 7, 8, 9, 11 aren't applicable.

_____
Your Signature

____N/A____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: __5/3/23__        _____
                                          Your Signature