## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## MARTINSBURG

**WILLIAM O'BRIEN,**

      Petitioner,

**v.**                                                 **CIVIL ACTION NO.: 3:23-CV-121**
                                                               **(GROH)**

**MS. RAY,**

      Respondent.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On May 8, 2023, the pro se Petitioner initiated the above-styled civil action by filing the Court-approved form for a habeas corpus petition. ECF No. 1. Along with his petition, the Petitioner filed a motion to appoint counsel. ECF No. 2.

Also on May 8, 2023, the Clerk issued a Notice of Deficient Pleading ("the Notice") informing the Petitioner that this action will be dismissed within twenty-one days if the Petitioner failed to correct the deficiency by paying the filing fee or filing an application to proceed without prepayment of fees. ECF No. 3. The Petitioner accepted service of the Notice on May 11, 2023. ECF No. 6.

More than forty-five days have elapsed since the Petitioner accepted service for the Notice of Deficient Pleading, which directed the Petitioner to either file a motion to proceed without prepayment of fees and accompanying documentation or pay the filing fee, but the Petitioner has failed to correct the deficiency.

Accordingly, it is **ORDERED** that 3:23-CV-121 is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and retired from the docket of this Court.

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to Petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED**: July 6, 2023

GINA M. GROH
UNITED STATES DISTRICT JUDGE